The People of the State of New York ex rel. 15 Park Row Corporation, Appellant, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* After giving due consideration to all the relevant factors in the record we have come to the conclusion that the assessments for each of the tax years should be further reduced to the following amounts:

| Year | Lot | Land | Building | Total |
|------|-----|------|----------|-------|
| 1941–42 | 2 | $110,000 | $26,000 | $136,000 |
| 1941–42 | 4 | 725,000 | 300,000 | 1,025,000 |
| 1942–43 | 2 | 110,000 | 25,000 | 135,000 |
| 1942–43 | 4 | 725,000 | 294,000 | 1,019,000 |

The order so far as appealed from should therefore be modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to the appellant.

Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ., concur.

Order, so far as appealed from, unanimously modified as indicated in opinion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Settle order on notice.